IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BERNARD WIGLEY, #94312**                                                          **PLAINTIFF**

v.                                                         CIVIL ACTION NO. 1:15-cv-86-JCG

**MARSHAL TURNER and**
**JACQULINO LEVERAYLE**                                                          **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered on September 16, 2016 dismissing with prejudice Plaintiffs' claims against Defendants Marshal Turner and Jacqueline Leverette (incorrectly identified by Plaintiff as Jacqulino Leverayle), this civil action should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**IT IS FURTHER ORDERED** that Plaintiff be assessed a strike under 28 U.S.C. § 1915(g) for failure to state a cognizable claim.

**SO ORDERED** this the 16th day of September, 2016.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE